IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MICAH WEBB**                                                                                          **PLAINTIFF**
**ADC #130969**

v.                              Case No. 4:21-CV-00498-LPR

**ARKANSAS GENERAL ASSEMBLY**, *et al.*                                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Micah Webb's complaint is dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 23rd day of August, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE